IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CEDRIC GREENE**                                                                                         **PLAINTIFF**

**V.**                                       **CASE NO. 5:26-CV-5034**

**ST. VINCENT DE PAUL –**
**CARDINAL MANNING CENTER**                                                          **DEFENDANT**

## ORDER

On February 10, 2026, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of the Complaint pursuant to 28 U.S.C. § 1915 and issued a Report and Recommendation ("R&R") (Doc. 5) finding that the case should be dismissed. On February 17, 2026, Plaintiff filed Objections to the R&R (Doc. 7), which triggered this Court's *de novo* review of the record.

The R&R explains why the Court lacks diversity jurisdiction over this case: Plaintiff and Defendant are both citizens of California. Plaintiff claims in his Objections that he should be considered an Arkansas citizen—though he is not domiciled here—because it is "the state he considers home, with family and resource support." (Doc. 7, p. 2). This is insufficient to establish Arkansas citizenship as a matter of law.

**IT IS THEREFORE ORDERED** that the Objections are **OVERRULED** and the R&R is **ADOPTED IN ITS ENTIRETY**. The case is **DISMISSED WITHOUT PREJUDICE** on preservice screening under 28 U.S.C. § 1915(e) for the reasons stated in the R&R.

**IT IS SO ORDERED** on this 18th day of February, 2026.

>            */s/ Timothy L. Brooks*
>            TIMOTHY L. BROOKS
>            CHIEF UNITED STATES DISTRICT JUDGE